UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

KENNETH F. JAWOREK,

      Plaintiff,

v.                                         Case Number:  3:19-cv-0820

MOHAVE TRANSPORTATION
INSURANCE COMPANY, SWIFT
TRANSPORTATION COMPANY OF
ARIZONA, LLC, ABC INSURANCE
COMPANY (An Unknown Insurance
Company), and JOHN F. DEGUIDE,

      Defendants.

## STIPULATION FOR DISMISSAL

NOW COME the parties, by their respective counsel, and stipulate and agree that the above and foregoing cause of action of the plaintiff, KENNETH F. JAWOREK, Individually, be dismissed with prejudice, in bar of action, costs paid, cause of action satisfied.

                                            **KENNETH F. JAWOREK, Individually**

By:    */s/ Brandon D. Derry*
        HUPY & ABRAHAM, S.C.
        Brandon D. Derry, Esq. (#1055908)

**MOHAVE TRANSPORTATION INSURANCE COMPANY, SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC and JOHN F. DEGUIDE,**

By:    */s/ Michael K. Roberts*
        SCOPELITIS, GARVIN, LIGHT,
        HANSON & FEARY, P.C.
        Jay R. Starrett, Esq. (#1011278)
        Michael K. Roberts, Esq. (#1085197)